UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WANDA L. COBB,　　Plaintiff, § § | |
| vs. § § | Civil Action No. 3:22-CV-1867-B-BH |
| FRANK KENDALL, Secretary, Department of the Air Force,　　Defendant. § § § § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *pro se* plaintiff's *Motion for Attorney's Fees and Non-Taxable Cost*, filed September 22, 2022 (doc. 16), is **DENIED** without prejudice as premature.

**SIGNED** this 12th day of October , 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE