UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WANDA L. COBB, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1867-B-BH |
| | § | |
| FRANK KENDALL, SECRETARY, | § | |
| DEPARTMENT OF THE AIR FORCE, | § | |
|     Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss and Brief in Support*, filed October 24, 2022 (doc. 31), is **GRANTED**. By separate judgment, this action will be **DISMISSED without prejudice**.

SIGNED this 13th day of July, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE